# ChamberlainD'Amanda

Attorneys and Counselors at Law

11/3/10

$3.69
#7651
11/8/10

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

      Re:    REMILLARD, CHARLES J.    / Case # 08-21169
            Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.69. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    ✔ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Via Health      Amount $    3.69 Claim Register #    15

                                          DOUGLAS J. LUSTIG
                                          Trustee

FILED 2010 NOV -8 AM 10:03 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER

1600 Crossroads Building    585 232 3730
Two State Street    FAX 585 232 3882    Chamberlain D'Amanda Oppenheimer & Greenfield LLP
Rochester, NY 14614-1399    www.cdglaw.com